UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SHIRRON M. ADAMS-GATES,             )
                                    )
        Plaintiff,                  )
                                    )   Civil Action No.
        v.                          )   17-12410-FDS
                                    )
PRESIDENT BARACK OBAMA and          )
THE WHITE HOUSE,                    )
                                    )
        Defendants.                 )
_____)

## ORDER

**SAYLOR, J.**

By Order dated January 3, 2018, plaintiff was permitted to proceed *in forma pauperis* and this action was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). At that time, her motion for appointment of counsel was denied as moot.

Now before the Court is plaintiff's motion seeking, among other things, an extension of time to appeal an appointment of an attorney. Plaintiff states in her motion that there "is an emergency" and she repeats many of the allegations from her original complaint.

Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure allows this Court to provide an extension of time to file an appeal if "a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires" and "that party shows excusable neglect or good cause." The Court entered judgment dismissing this case on January 3, 2018, and plaintiff filed the present motion on July 30, 2018. Because Fed. R. App. P. 4(a)(1)(A) provides that in a civil case, plaintiff must generally file a notice of appeal within 30 days after the entry of judgment (here, February 3, 2018), the applicable rules provide that plaintiff's request for extension of

time to file an appeal could have been filed no later than March 3, 2018.  Here, plaintiff's motion is not timely filed and must be denied.

Even if plaintiff's motion was timely filed, she has not shown good cause for extending the time to appeal, nor for appointing counsel.  This case was closed several months ago and there is no basis for the Court to take any further action.

Accordingly, plaintiff's emergency motion (ECF No. 9) is DENIED and this action shall remain closed.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated:   July 31, 2018